UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. WASHINGTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>G. GARCIA, et al.,<br><br>　　　　Defendants. | Case No.: 1:15-cv-01805-LJO-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S REQUEST FOR SETTLEMENT CONFERENCE<br><br>[ECF No. 23] |

Plaintiff Michael A. Washington is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 26, 2016, Plaintiff filed a request for the case to be set for a settlement conference.

Within **twenty (20)** days from the date of service of this order, Defendants shall notify the Court whether they believe, in good faith, that settlement in this case is a possibility and whether they are interested in having a settlement conference scheduled by the Court.

IT IS SO ORDERED.

Dated: **October 3, 2016**

UNITED STATES MAGISTRATE JUDGE

1