UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. WASHINGTON,<br><br>          Plaintiff,<br><br>v.<br><br>S. GARCIA, et al.,<br><br>          Defendants. | Case No. 1:15-cv-01805-LJO-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE MICHAEL A. WASHINGTON, CDCR # V-39680<br><br>DATE: January 10, 2017<br>TIME:  10:30 a.m.<br>COURTROOM: 7 (SKO) |

**Inmate Michael A. Washington**, **CDCR #V-39680**, a necessary and material witness on his own behalf in proceedings in a settlement conference on January 10, 2017, is confined at High Desert State Prison, 475-750 Rice Canyon Road, Susanville, CA 96127, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom #7, Sixth Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on January 10, 2017, at 10:30 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate, along with his legal property, named above to appear in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of High Desert State Prison:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **December 8, 2016**                           _____
                                                                       UNITED STATES MAGISTRATE JUDGE

