FILED

JAN 10 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>G. GARCIA, et al.,<br><br>    Defendants. | Case No.: 1:15-cv-01805-LJO-SAB (PC)<br><br>ORDER THAT INMATE MICHAEL A. WASHINGTON IS NO LONGER NEEDED AS A PARTICIPANT IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED<br><br>[Doc. 34] |

Plaintiff Michael A. Washington is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on January 10, 2017, inmate Michael A. Washington CDCR Inmate No. V-39680, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: January 10, 2017

_____
UNITED STATES MAGISTRATE JUDGE

1